UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:17-CR-329-2 |
| | § | |
| ROYCE PAREDES | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

On May 23, 2017, the defendant waived the detention hearing without prejudice. On June 20, 2017, the defendant filed a motion to reopen the detention hearing. (D.E. 29). The motion was granted and a detention hearing was held on June 22, 2017 in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear. The evidence against the defendant meets the probable cause standard. The defendant was on probation in two separate state cases at the time of the commission of the underlying offense. There are currently at least two active probation violation warrants for the defendant's arrest. The defendant has shown that he is either unwilling or unable to comply with the terms of court ordered supervision and is a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 22nd day of June, 2017.

_____
Jason B. Libby
United States Magistrate Judge